IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEO XAYADETH,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant | Case No.: 1:11-cv-00709 JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 14) |

Parties have stipulated by counsel to extend the briefing schedule set forth in the Court's Scheduling Order. (Doc. 14). The Scheduling Order allows a single thirty-day extension by the stipulation of parties, beyond which the parties must demonstrate good cause for further extension. (Doc. 7-1 at 4). Based upon the facts presented in the parties' stipulation, the Court finds good cause for extending the briefing schedule. Accordingly, **IT IS HEREBY ORDERED**:

1.    Plaintiff shall file an opening brief on or before **February 1, 2012**;

2.    Defendant's opposition shall be filed no later than **March 2, 2012**; and

3.    Plaintiff's brief in reply shall be filed no later than **March 16, 2012**.

IT IS SO ORDERED.

Dated:  **December 16, 2011**                             /s/ Jennifer L. Thurston
                                                                            UNITED STATES MAGISTRATE JUDGE