IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEO XAYADETH,<br><br>             Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>             Defendant | Case No.: 1:11-cv-00709 JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED, OR IN THE ALTERNATIVE, TO FILE AN OPENING BRIEF |

On December 16, 2011, the Court granted the parties' stipulation to extend time for Plaintiff to file an opening brief. (Doc. 15). Plaintiff was ordered to file an opening brief on or before February 1, 2012. (*Id*. at 1). However, to date, Plaintiff has not filed an opening brief, and no further extensions have been sought by the parties in the matter.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." LR 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See*, *e.g.*, *Malone v.*

*U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan,* 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

      Accordingly, Plaintiff is **ORDERED** to show cause within 21 days of the date of service of this Order why the action should not be dismissed for failure prosecute or obey the Court's Order, or in the alternative, to file an opening brief.

IT IS SO ORDERED.

Dated:   **February 9, 2012**                                     /s/ **Jennifer L. Thurston**
                                                                          UNITED STATES MAGISTRATE JUDGE