IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEO XAYADETH,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant | Case No.: 1:11-cv-00709 JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 16) |

On February 9, 2012, the Court ordered Plaintiff Keo Xayadeth ("Plaintiff") to show cause why the action should not be dismissed, or in the alternative to file an opening brief within twenty-one days. (Doc. 16). Plaintiff filed an opening brief in the action, within the time frame set forth in the Court's order, on March 1, 2012. (Doc. 17).

Accordingly, **IT IS HEREBY ORDERED**: The Order to Show Cause dated February 9, 2012, is **DISCHARGED**.

IT IS SO ORDERED.

Dated:  **March 5, 2012**                              /s/ Jennifer L. Thurston
                                                                UNITED STATES MAGISTRATE JUDGE